

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2014

No. 04-13-00550-CV

Randy K. **SMITH**,
Appellant

v.

Lawrence **REID**, Royce Reid, Jennifer Heath and THL GP Inc.,
Appellees

From the 63rd Judicial District Court, Edwards County, Texas
Trial Court No. 3798
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellee's Third Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended to June 13, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court